### 13873.   HUNT *v.* THE STATE.

LUKE, J.  The evidence authorized the defendant's conviction.  The special
ground of the motion for a new trial is without merit, and it was not
error for the court to overrule the motion for a new trial.
*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
DECIDED DECEMBER 12, 1922.

Indictment for having and selling liquor; from Newton superior
court — Judge Hutcheson.  July 18, 1922.

*A. D. Meador,* for plaintiff in error.

*A. M. Brand, solicitor-general,* contra.